# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TYRICK HILLS

NO. 2026 KW 0146

**JUNE 1, 2026**

---

In Re:    Tyrick Hills, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 582688.

---

**BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT DENIED.**

                              **MRT**
                              **KEB**
                              **BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana Supreme Court.